UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Y. Dolly Hwang
Plaintiff
v.                                                  CIVIL ACTION NO. 11-cv-12042-MLW
Wentworth Institute of Technology
Defendants

### JUDGMENT IN A CIVIL CASE

WOLF, D.J.

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**In accordance wit hthe Memorandum and Order dated June 9, 2014, judgment entered as to Count V in favor of defendants.**

ROBERT FARRELL,
CLERK OF COURT
By

Dated: June 9, 2014        /s/ Daniel C. Hohler
                              Daniel C. Hohler, Courtroom Deputy Clerk

(judge-civ.wpd - 3/7/2005)